United States District Court

Eastern District of California

Donnell Kinnard,

     Plaintiff,                    No. Civ. S 04-2472 FCD PAN P

  vs.                              Order

David Runnels, et al.,

     Defendants.

-oOo-

March 11, 2005, the court imposed a $250 filing fee. Since plaintiff submitted his complaint before the filing fee increased, plaintiff must pay a $150 filing fee. 28 U.S.C. § 1914(a)(2000).

Accordingly, March 11, 2005, order is vacated insofar as it directed plaintiff to pay a $250 filing fee. Plaintiff must pay a $150 filing fee.

So ordered.

Dated: May 26, 2005.

                                      /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge