United States District Court

Eastern District of California

Donnell Kinnard,

    Plaintiff,  No. Civ. S 04-2472 FCD PAN P

vs.  Amended Notice

David Runnels, et al.,

    Defendants.

-oOo-

Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). March 9, 2005, the court issued notice that plaintiff must pay a $250 filing fee. Since plaintiff submitted his complaint before the filing fee increased, plaintiff must pay a $150 filing fee. 28 U.S.C. § 1915(b)(1), 28 U.S.C. § 1914(a) (2000). No initial partial

1 filing fee has been assessed.  However, plaintiff must make
2 monthly payments of 20 percent of the preceding month's income
3 credited to his trust fund account.  28 U.S.C. § 1915(b)(2).  The
4 agency having custody of plaintiff is required to forward
5 payments from plaintiff's account to the clerk of the court each
6 time the amount in the account exceeds $10 until the filing fee
7 is paid.

8     The clerk of the court shall serve a copy of this notice and
9 a copy of plaintiff's in forma pauperis application upon the
10 Director of the California Department of Corrections and deliver
11 a copy of this notice to the clerk's financial division.

12     Dated:  May 26, 2005.

                  /s/ Peter A. Nowinski
                  PETER A. NOWINSKI
                  Magistrate Judge